JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER HERNANDEZ, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>ZURN INDUSTRIES, LLC. d/b/a "Zurn Elkay Water Solutions" and/or "Zurn Wilkins," a Delaware limited liability company; REXNORD INDUSTRIES, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. CV 23-4398-DMG (AGRx)<br><br>**ORDER APPROVING JOINT STIPULATION TO REMAND [44]** |

1 | The Court has reviewed the parties' joint stipulation to remand this action to the Superior Court for the County of San Luis Obispo for further proceedings. Good cause appearing, the Court hereby APPROVES the stipulation and REMANDS this action to San Luis Obispo County Superior Court.

**IT IS SO ORDERED.**

DATED: December 12, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE